UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| T&D FISHERY, LLC; NGUYEN VAN KHA; NGUYEN DINH LOC; CHARITY NGUYEN; FOOD EXPRESS, LLC; REEL PEACE, LLC; EDDIE BURGER d/b/a H2O OUTFITTERS; on behalf of themselves and all others similarly situated, | * * * * * * * * | CASE NO. 2:10-cv-01332 MLCF-KWR |
| Plaintiffs | * * | SECTION: F |
| vs. | * * | JUDGE: MARTIN FELDMAN |
| BP, PLC; BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC.; BP COMPANY NORTH AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; ANADARKO PETROLEUM CORP.; MOEX OFFSHORE 2007, LLC; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; and M-I, LLC, | * * * * * * * * * * * * * * * | MAGISTRATE: KAREN WELLS ROBY |
| Defendants. | * | |

*********************************************

**PLAINTIFFS' MOTION FOR RELIEF**

NOW INTO COURT, through undersigned counsel, come Plaintiffs and file this Motion for Relief, and state as follows:

1.  Plaintiffs filed their Complaint herein on May 4, 2010.

2.  On May 13, 2010, Defendants, Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc. ("Transocean") and others and filed a Complaint and Petition for Exoneration from or Limitation of Liability in the United States District Court for the Southern District of Texas, Houston Division, in Cause No. 10-1721.

878949.2                                  -1-

3. On May 13, 2010, the Texas district court, among other things, entered an order stating that any and all other suits relating to the *Deepwater Horizon* incident be enjoined, stayed, or restrained until the hearing and determination of that proceeding.

4. On May 14, 2010, Transocean filed a "Notice of Filing" in this matter, unilaterally announcing that "all claims against Defendants Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc. are hereby STAYED and the further prosecution hereof enjoined." (Docket No. 12 at 2).

5. For reasons set forth more particularly in Plaintiffs' Memorandum In Support, filed herewith, Transocean's Notice of Filing should be denied to the extent it purports to stay this case.

Wherefore, Plaintiffs pray that the Court enter an order denying Transocean's efforts to stay this action and declaring its "Notice of Filing" null and void and to no effect in this action.

DATED: May 17, 2010               /s/ *Randall A. Smith*
                                      Randall A. Smith

                                  Randall A. Smith (LA Bar Roll # 2117)
                                  Zach Butterworth (LA Bar Roll # 32377)
                                  J. Geoffrey Ormsby (LA Bar Roll # 24183)
                                  Hiawatha Northington II (*pro hac vice* to be filed)
                                  SMITH & FAWER, L.L.C.
                                  201 St. Charles Avenue, Suite 3702
                                  New Orleans, LA  70170
                                  Telephone:  (504) 525-2200
                                  Facsimile:  (504) 525-2205

                                  Dawn M. Barrios (LA Bar Roll # 2821)
                                  Bruce S. Kingsdorf (LA Bar Roll # 7403)
                                  Zachary L. Wool (LA Bar Roll # 32778)
                                  BARRIOS, KINGSDORF & CASTEIX, LLP
                                  701 Poydras Street, Suite 3650
                                  New Orleans, LA  70139-3650
                                  Telephone:  (504) 524-3300
                                  Facsimile:  (504) 524-3313

Don Barrett (*pro hac vice* to be filed)
David McMullan (*pro hac vice* to be filed)
Brian Herrington (*pro hac vice* to be filed)
DON BARRETT, P.A.
P.O. Box 987
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-9168
Facsimile: (662) 834-2628

Richard R. Barrett (*pro hac vice* to be filed)
LAW OFFICES OF RICHARD R. BARRETT
P.O. Box 339
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-4960
Facsimile: (866) 430-5459

Zach Butterworth (LA Bar Roll #3735)
Gary Yarborough, Jr. (*pro hac vice* to be filed)
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS 39520
Telephone: (228) 466-0020
Facsimile: (228) 466-0550

Larry D. Moffett (*pro hac vice* to be filed)
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS 38655-1396
Telephone: (662) 232-8979
Facsimile: (662) 232-8940

Edward C. Taylor (LAB # 22167)
Brenda G. Long (*pro hac vice* to be filed)
DANIEL COKER HORTON & BELL, P.A.
1712 15th Street, Suite 400
Post Office Box 416
Gulfport, MS 39502-0416
Telephone: (228) 864-8117
Facsimile: (228) 864-6331

Dewitt M. "Sparky" Lovelace (*pro hac vice* to be filed)
Alex Peet (*pro hac vice* to be filed)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL  32550
Telephone:  (850) 837-6020
Facsimile:   (850) 837-4093

Charles Barrett (*pro hac vice* to be filed*)*
BARRETT & ASSOCIATES, P.A.
6518 Hwy. 100, Suite 210
Nashville, TN 37205
Telephone: (615) 515-3393
Facsimile:  (615) 515-3395

Elizabeth A. Alexander  (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue N., Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965

Steven E. Fineman (*pro hac vice* to be filed)
Wendy R. Fleishman (*pro hac vice* to be filed)
Annika K. Martin (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Elizabeth J. Cabraser (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2010, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to counsel of record for all parties, and that other parties were served via U.S. Mail through their agents for service of process.

      /s/ *Randall A. Smith*
      Randall A. Smith