UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| T&D FISHERY, LLC; NGUYEN VAN KHA; NGUYEN DINH LOC; CHARITY NGUYEN; FOOD EXPRESS, LLC; REEL PEACE, LLC; EDDIE BURGER d/b/a H2O OUTFITTERS; on behalf of themselves and all others similarly situated, | * * * * * * * | |
| | * | |
| Plaintiffs | * | CIVIL ACTION NO. 10-01332 |
| | * | |
| | * | SECTION "F" |
| vs. | * | |
| | * | |
| BP, PLC; BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC.; BP COMPANY NORTH AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; ANADARKO PETROLEUM CORP.; MOEX OFFSHORE 2007, LLC; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; and M-I, LLC, | * * * * * * * * * * * * * * | JUDGE MARTIN L.C. FELDMAN MAG. JUDGE ROBY |
| Defendants. | * | |

**NOTICE OF RELATED CASE**

Plaintiffs T&D Fishery, LLC; Nguyen Van Kha; Nguyen Dinh Loc; Charity Nguyen; Food Express, LLC; Reel Peace, LLC; and Eddie Burger d/b/a H2O Outfitters, individually and as representatives of the class defined herein, hereby notify this Honorable Court, pursuant to its duty under Local Rule 3.1, of a pending matter in this Court, which involves the same subject

matter that comprises all or a material part of the subject matter of the captioned matter. That other matter is pending in Section "A", before the Honorable Jay C. Zainey, Civil Action No. 10-cv-01156.

Respectfully submitted,

*s/ Randall A. Smith*
Randall A. Smith (LA Bar Roll # 2117)
Zach Butterworth (LA Bar Roll # 32377)
J. Geoffrey Ormsby (LA Bar Roll # 24183)
Hiawatha Northington, II (*pro hac vice* to be filed)
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA  70170
Telephone:  (504) 525-2200
Facsimile:   (504) 525-2205

Dawn M. Barrios (LA Bar Roll # 2821)
Bruce S. Kingsdorf (LA Bar Roll # 7403)
Zachary L. Wool (LA Bar Roll # 32778)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA  70139-3650
Telephone:  (504) 524-3300
Facsimile:   (504) 524-3313

Don Barrett (*via pro hac vice*)
David McMullan (*via pro hac vice*)
Brian Herrington (*via pro hac vice*)
DON BARRETT, P.A.
P.O. Box 987
404 Court Square North
Lexington, MS  39095
Telephone:  (662) 834-9168
Facsimile: (662) 834-2628

876515.2

Richard R. Barrett (*pro hac vice* to be filed)
LAW OFFICES OF RICHARD R. BARRETT
P.O. Box 339
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-4960
Facsimile: (866) 430-5459

Zach Butterworth (LA Bar Roll #3735)
Gary Yarborough, Jr. (*pro hac vice* to be filed)
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS 39520
Telephone: (228) 466-0020
Facsimile: (228) 466-0550

Larry D. Moffett (*pro hac vice* to be filed)
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS 38655-1396
Telephone: (662) 232-8979
Facsimile: (662) 232-8940

Edward C. Taylor (LAB # 22167)
Brenda G. Long (*pro hac vice* to be filed)
DANIEL COKER HORTON & BELL, P.A.
1712 15th Street, Suite 400
Post Office Box 416
Gulfport, MS 39502-0416
Telephone: (228) 864-8117
Facsimile: (228) 864-6331

Dewitt M. "Sparky" Lovelace (*pro hac vice* to be filed)
Alex Peet (*pro hac vice* to be filed)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

876515.2

Charles Barrett (*pro hac vice* to be filed)
BARRETT & ASSOCIATES, P.A.
6518 Hwy. 100, Suite 210
Nashville, TN 37205
Telephone: (615) 515-3393
Facsimile: (615) 515-3395

Elizabeth A. Alexander (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue N., Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

Steven E. Fineman (*pro hac vice* to be filed)
Wendy R. Fleishman (*pro hac vice* to be filed)
Annika K. Martin (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Elizabeth J. Cabraser (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs and the Class*